PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-6704.NF

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re                                    Bk. No. 5:15-bk-00667-JJT

Nicole Fletcher,                         Chapter 13

      Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 15 East Buck Lane, Long Pond, Pennsylvania 18334 (Loan No. XXXX1192), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: December 1, 2017        By /s/ Dean R. Prober
                               DEAN R. PROBER, ESQ., CA BAR # 106207
                               As Agent for Claimant

1

Case 5:15-bk-00667-JJT    Doc 40    Filed 12/06/17    Entered 12/06/17 16:34:20    Desc
Main Document    Page 1 of 2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 12/6/2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Nicole Fletcher
253 Victory Lane
Long Pond, PA 18334
Debtor

J. Zac Christman, Esquire
Newman, Williams
712 Monroe Street
Post Office Box 511
Stroudsburg, PA 18360
Attorney for Debtor

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/6/2017, at Woodland Hills, California.

/s/ Marine Gaboyan