```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 15-00667-JJT
Nicole Fletcher                                                 Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0314-5         User: karendavi           Page 1 of 1           Date Rcvd: Jan 04, 2018
                             Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4615429          E-mail/Text: bankruptcy.bnc@ditech.com Jan 04 2018 18:55:56     Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    JPMorgan Chase Bank, N.A. to Bank One
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as
               Trustee for The Certificateholders of the CWABS INC., Asset-Backed Certificates, Series 2005-13
               ASwartz@mwc-law.com,    ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    JPMorgan Chase Bank, N.A. to Bank One
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    JPMorgan Chase Bank, N.A. successor by merger to
               Bank One, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Nicole  Fletcher jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               as Trustee for The Certificateholders of the CWABS INC., Asset-Backed Certificates, Series
               2005-13 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Nicole  Fletcher
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                                 TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-00667-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Nicole Fletcher
253 Victory Lane
Long Pond PA 18334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/03/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Telephone number: 888-298-7785 | The Bank of New York Mellon, et al<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806<br>The Bank of New York Mellon, et al<br>c/o Carrington Mortgage Services, LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/06/18

Terrence S. Miller
**CLERK OF THE COURT**