# UNITED STATES BANKRUPTCY COURT

## Middle District of Pennsylvania (Wilkes-Barre)

In re:

Nicole Fletcher

Case No.: 15-00667

Chapter: 13

### NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### CLAIM  5

Now comes JPMorgan Chase Bank, National Association, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 04/08/2019. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

Respectfully submitted,

 /s/Elisabeth Botero

Vice President

JPMorgan Chase Bank, N.A.

Chase Records Center Attn: Correspondence Mail

700 Kansas Lane, Mail Code LA4-5555

Monroe LA 71203

866-243-5851

PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania (Wilkes-Barre)

Chapter 13 No. 15-00667
Judge: Robert N. Opel II

In re:

Nicole Fletcher

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 12, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid

Nicole Fletcher
253 Victory Lane

Long Pond PA 18334

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

**Debtor's Attorney:**

By U.S. Postal Service First Class Mail Postage Prepaid

J. Zac Christman
Fisher Christman
530 Main Street

Stroudsburg PA 18360

By U.S. Postal Service First Class Mail Postage Prepaid

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg PA 18360-0511

**Trustee:**

By U.S. Postal Service First Class Mail Postage Prepaid

Charles J DeHart, III (Trustee)
Trustee
8125 Adams Drive, Suite A

Hummelstown PA 17036

/s/Elisabeth Botero

Vice President