```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 15-00667-RNO
Nicole Fletcher                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: TWilson          Page 1 of 1         Date Rcvd: Sep 13, 2019
                         Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db             +Nicole Fletcher,   253 Victory Lane,   Long Pond, PA 18334-8007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    JPMorgan Chase Bank, N.A. to Bank One
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as
               Trustee for The Certificateholders of the CWABS INC., Asset-Backed Certificates, Series 2005-13
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Celine P DerKrikorian    on behalf of Creditor    JPMorgan Chase Bank, N.A. to Bank One
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    JPMorgan Chase Bank, N.A. successor by merger to
               Bank One, N.A. ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Nicole  Fletcher zac@fisherchristman.com,
               office@fisherchristman.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               as Trustee for The Certificateholders of the CWABS INC., Asset-Backed Certificates, Series
               2005-13 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Nicole  Fletcher
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                               TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicole Fletcher,　　　　　　　　　　　　　Chapter　　　13

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　Case No.　　　5:15−bk−00667−RNO

Social Security No.:
　　　　　　　　xxx−xx−7437

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 13, 2019　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　*Robt N. Opel II*

　　　　　　　　　　　　　　　　　　　　Honorable Robert N. Opel, II
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　By: TWilson, Deputy Clerk

**fnldec** (05/18)